# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA H. CRITTENDON,<br><br>    Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, et al, *et al,*<br><br>    Defendants. | Case No. 2:17-cv-01700-RFB-PAL<br><br>**ORDER TO PRODUCE JOSHUA H. CRITTENDON, #7511692** |

TO:    WARDEN, CLARK COUNTY DETENTION CENTER
          LAS VEGAS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JOSHUA H. CRITTENDON, #7511692,** is presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd., Las Vegas, NV.

**IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **JOSHUA H. CRITTENDON, #7511692,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Thursday, January 11, 2018, at the hour of 11:30 AM, in LV Courtroom 7D to attend a motion hearing in the instant matter, until the said **JOSHUA H. CRITTENDON, #7511692**, is released and discharged by the said Court; and that said

**JOSHUA H. CRITTENDON, #7511692**, shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this 28th day of December, 2017.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**