

1  JOSHUA H. CRITTENDON #1196334
2  HDSP
3  P.O. BOX 650
4  INDIAN SPRINGS, NEVADA-89070
5        UNITED STATES DISTRICT COURT
6            DISTRICT OF NEVADA
7  JOSHUA H. CRITTENDON  | CASE NO 2:17-CV-01700-RFB-PAL
8       PLAINTIFF
9         V.S.              MOTION FOR PRISONERS
10 JOSEPH LOMBARDO, et al.,  MAILBOX RULE.
11      DEFENDANT(S)
12
13       MOTION FOR SUMMARY JUDGEMENT BY
14 DEFENSE COUNSIL WAS FILED ON 9-28-18.
15 I RECIEVED & SIGNED FOR LEGAL
16 MAIL ON 10-4-18. PLEASE CONSIDER
17 STARTING MY 21 DAY RESPONCE TIME AT
18 THE TIME I RECIEVED LEGAL MAIL
19 ON 10-4-18. THANK YOU FOR YOUR
20 CONSIDERATION.
21
22       FOR THE RECORD THE LAW LIBRARY
23 CANNOT BRING ME THE CASE LAWS
24 DEFENSE COUNSIL IS CITING IN
25 THE TIME NEEDED FOR A PROPER
26 RESPONCE.

            ENCLOSED IS RECIEPT I
         SIGNED FOR LEGAL MAIL
              (SUMMARY JUDGEMENT)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I MAILED MOTION FOR PRISONERS MAILBOX RULE WITH THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT BY USING THE MAIL SYSTEM.

SINCERLY
JOSHUA CRITTENDON
#1196334

APPROVED:

DATED this October 22, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

# NEVADA DEPARTMENT OF CORRECTIONS

## LEGAL MAIL

NAME: Crittendon  DOC#: 1196334  UNIT: 4D34

REPORT TO CONTROL AT ADMIN FOR THE FOLLOWING:

LEGAL MAIL: Dist Ct

CERTIFIED MAIL: _____

REGISTERED MAIL: _____

DATE: _____  OFFICER: Thomas  DOC#: 1101237  DATE: 10-14-?

INMATE SIGNATURE: _____

DOC - 3020 (REV. 7/01)

JOSHUA CRITTENDON #146334
HDSP
PO BOX 650
INDIAN SPRINGS, NV-89070

LAS VEGAS NV 890
09 OCT 2018 PM 3 L

U.S. DISTRICT COURT OFFICE of the CLERK
333 LAS VEGAS BOULEVARD SOUTH ROOM 1334
LAS VEGAS, NEVADA 89101

89101-706534

