# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JOSHUA H. CRITTENDON,

    Plaintiff,

v.

JOE LOMBARDO, et al, *et al,*

    Defendants.

Case No. 2:17-cv-01700-RFB-PAL

**ORDER TO PRODUCE JOSHUA H. CRITTENDON, #1196334**

TO:   MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and BRIAN E. WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JOSHUA H. CRITTENDON, #1196334,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JOSHUA H. CRITTENDON, #1196334,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Friday, January 14, 2019, at the hour of 1:30 PM, in LV Courtroom 7C to attend a motion hearing in the instant matter, until the said **JOSHUA H. CRITTENDON, #1196334**, is released and discharged by the said Court; and that said

**JOSHUA H. CRITTENDON, #1196334**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 17th day of December, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**