# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JOSHUA H. CRITTENDON,

    Plaintiff,

    v.

JOE LOMBARDO, et al, *et al,*

    Defendants.

Case No. 2:17-cv-01700-RFB-PAL

**ORDER TO PRODUCE JOSHUA H. CRITTENDON, #1196334**

TO:   MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
BRIAN E. WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JOSHUA H. CRITTENDON, #1196334,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS FURTHER ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JOSHUA H. CRITTENDON, #1196334,** to appear before the United States District Judge at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about Tuesday, August 20, 2019, at the hour of 11:00 AM, in LV Courtroom 7C to attend a status hearing in the instant matter, until the said **JOSHUA H. CRITTENDON, #1196334**, is released and discharged by the said Court; and that said

**JOSHUA H. CRITTENDON, #1196334**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 24th day of July, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**