**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for LVMPD Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON,<br><br>Plaintiff,<br><br>vs.<br><br>JOE LOMBARDO, et al.,<br><br>Defendants. | Case Number:<br>2:17-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER** |

## STIPULATION AND ORDER

Plaintiff Joshua Crittendon, by and through his counsel of record, Seth M. Strickland, Esq., Defendants Las Vegas Metropolitan Police Department (the "Department"), Rogers, Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson and Williams (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach Coffing, and Defendant Larry Williamson, M.D., by and through his counsel of record, S. Brent Vogel, Esq. and Katherine J. Gordon, Esq., of Lewis Brisbois Bisgaard Smith, hereby stipulate to the following:

/ / /

/ / /

/ / /

1. The parties have agreed to a status check date of November 21, 2019 at 1:30 P.M.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 18th day of November, 2019 | Dated this 18th day of November, 2019 |
| | MARQUIS AURBACH COFFING |
| By: /s/ Seth M. Strickland<br>Seth M. Strickland, Esq.<br>Nevada Bar No. 14768<br>400 South Fourth Street, Suite 500<br>Las Vegas, Nevada 89101<br>*Pro Bono* Counsel for Plaintiff Joshua Crittendon | By: /s/ Jackie V. Nichols<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>Jackie V. Nichols, Esq.<br>Nevada Bar No. 14246<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for LVMPD Defendants |

Dated this 18th day of November, 2019

LEWIS BRISBOIS BISGAARD SMITH

By: /s/ Katherine J. Gordon
    S. Brent Vogel, Esq.
    Nevada Bar No. 6858
    Katherine J. Gordon, Esq.
    Nevada Bar No. 5813
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, Nevada 89118
    Attorneys for Defendant Larry Williamson, M.D.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**ORDER**

The parties' stipulation to schedule a status check is GRANTED. However, the court is unavailable on the date proposed by the parties. Accordingly, a status check is schedule for the court's next available date, December 4, 2019 at 3:30 p.m. in courtroom 3B.

**IT IS SO ORDERED**

**DATED:** November 19, 2019

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 18th day of November, 2019.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach Coffing