**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON,<br><br>   Plaintiff,<br><br>vs.<br><br>JOE LOMBARDO, et al.,<br><br>   Defendants. | Case Number:<br>2:17-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER** |

## STIPULATION AND ORDER

Plaintiff Joshua Crittendon, by and through his counsel of record, Seth M. Strickland, Esq., Defendants Las Vegas Metropolitan Police Department (the "Department"), Rogers, Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson and Williams (collectively "LVMPD Defendants"), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach Coffing, and Defendant Larry Williamson, M.D., by and through his counsel of record, S. Brent Vogel, Esq. and Katherine J. Gordon, Esq., of Lewis Brisbois Bisgaard Smith, hereby stipulate to the following:

1.     The parties have agreed to a status check as to the following dates and times:

December 18, 2019, at 4:00 P.M.

December 19, 2019, at 4:00 P.M.

. . .

2. Accordingly, the Court will enter an order scheduling a status check based upon the above agreed upon dates and times and the date and time convenient for the Court.

IT IS SO STIPULATED.

Dated this 21st day of November, 2019

By: /s/ Seth M. Strickland
Seth M. Strickland, Esq.
Nevada Bar No. 14768
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
*Pro Bono* Counsel for Plaintiff Joshua Crittendon

Dated this 21st day of November, 2019
MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD Defendants

Dated this 21st day of November, 2019
LEWIS BRISBOIS BISGAARD SMITH

By: Katherine J. Gordon
S. Brent Vogel, Esq.
Nevada Bar No. 6858
Katherine J. Gordon, Esq.
Nevada Bar No. 5813
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant Larry Williamson, M.D.

IT IS ORDERED that the status check hearing set for 12/4/2019 is VACATED and RESET for 12/18/2019 at 4:00 p.m.
DATED: November 22, 2019

_____
Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 21st day of November, 2019.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach Coffing

MAC:14687-077 3908332_1 11/21/2019 9:00 AM