**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
Attorneys for LVMPD Defendants



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSHUA CRITTENDON,

Plaintiff,

vs.

JOE LOMBARDO, et al.,

Defendants.

Case Number:
2:17-cv-01700-RFB-BNW

**STIPULATION AND ORDER**

Plaintiff Joshua Crittendon, by and through his counsel of record, Seth M. Strickland, Esq., Defendants Las Vegas Metropolitan Police Department (the “Department”), Rogers, Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson and Williams (collectively “LVMPD Defendants”), by and through their counsel of record, Nick D. Crosby, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach Coffing, and Defendant Larry Williamson, M.D., by and through his counsel of record, S. Brent Vogel, Esq. and Katherine J. Gordon, Esq., of Lewis Brisbois Bisgaard Smith, hereby stipulate to the following:

. . .

. . .

. . .

. . .

1. As a result of the upcoming holidays and counsels' availability, the parties have agreed to extend the Court ordered Status Report deadline from December 27, 2019 to January 3, 2020 (ECF No. 185).

IT IS SO STIPULATED.

Dated this 26th day of December, 2019

By: /s/ Seth Strickland
Seth M. Strickland, Esq.
Nevada Bar No. 14768
400 South Fourth Street, Suite 500
Las Vegas, Nevada 89101
*Pro Bono* Counsel for Plaintiff Joshua Crittendon

Dated this 26th day of December, 2019
MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for LVMPD Defendants

Dated this 26th day of December, 2019
LEWIS BRISBOIS BISGAARD SMITH

By: /s/Katherine Gordon
S. Brent Vogel, Esq.
Nevada Bar No. 6858
Katherine J. Gordon, Esq.
Nevada Bar No. 5813
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant Larry Williamson, M.D.

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties have agreed to extend the deadline of the Court ordered Status Report from December 27, 2019 to January 3, 2020.

IT IS SO ORDERED this 27th day of December, 2019.

Magistrate Judge





MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 26th day of December, 2019.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Jackie V. Nichols
An employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816