S. BRENT VOGEL
Nevada Bar No. 6858
   E-Mail: brent.vogel@lewisbrisbois.com
KATHERINE J. GORDON
Nevada Bar No. 5813
   E-Mail: katherine.gordon@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendant*
*Larry Williamson, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON, | CASE NO. 2:17-cv-01700-RFB-BNW |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| JOSEPH LOMBARDO, *et al.*, | |
| Defendants. | |

Plaintiff Joshua Crittendon, by and through his counsel of record, Seth M. Strickland, Defendants Las Vegas Metropolitan Police Department, Rogers, Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson and Williams (the "LVMPD Defendants") by and through their counsel of record, Nick D. Crosby and Jackie Nichols of Marquis Aurbach Coffing, and Defendant Larry Williamson, M.D., by and through his attorneys of record, S. Brent Vogel and Katherine J. Gordon of Lewis Brisbois Bisgaard & Smith LLP, hereby submit their Status Report with updated requested discovery dates.

/ / /

/ / /

4819-3806-3536.1                      1

On December 23, 2019, counsel for the parties participated in a conference to discuss whether discovery should be extended, the length of an extension, and corresponding new discovery deadlines. As a result of the conference, counsel agreed to the information set forth below. The Status Report is separated into two portions according to Plaintiff's claims; *i.e.* (1) the "LVMPD Claims", and (2) the "Medical Claims", as bifurcated by the Honorable Richard F. Boulware in ECF No. 136.

## I.

## THE LVMPD CLAIMS

### A. Discovery

Discovery is closed. Plaintiff reserves the right to file a request with the Court to reopen discovery.

### B. Disclosures

Counsel for Plaintiff was recently appointed. Counsel for the LVMPD Defendants has provided Plaintiff's counsel their prior disclosures submitted pursuant to Fed. R. Civ. P. 26. Counsel for the LVMPD Defendants will also forward Plaintiff counsel copies of all written discovery exchanged between the LVMPD Defendants and Plaintiff.

### C. Dispositive Motions

The LVMPD Defendants previously filed a Motion for Summary Judgment [ECF No. 150] which was denied by the Court without prejudice to allow time for counsel to be appointed for Plaintiff. In order to provide Plaintiff counsel time to review the prior disclosures and written discovery, a new due date for dispositive motions is provided, to expire on *Thursday, April 2, 2020* (which is 90 days from the date of this Status Report and stipulation).

## II.

## THE MEDICAL CLAIMS

### A. Discovery

This matter, including discovery, remains stayed until Plaintiff files his anticipated second amended complaint which, according to the Court, is to contain "an affidavit as it

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4838-6690-7782.1

relates to Defendant Williamson and the medical malpractice claim previously raised" pursuant to N.R.S. 41A.071. [ECF No. 136].

The parties agree that Plaintiff will have an additional 30 days, from the date of this Status Report and stipulation, to file a second amended complaint. The new due date for a second amended complaint is *Monday, February 3, 2020.*

The parties further agree to a new discovery deadline of 180 days after Plaintiff files a second amended complaint. <u>Counsel for Plaintiff and Dr. Williamson agree to file an Updated Status Report and Proposed Discovery Plan Regarding the Medical Claims following the filing of Plaintiff's second amended complaint which will provide an exact discovery cut-off date</u>.

**B. Disclosures**

Counsel for Plaintiff was recently appointed. Counsel for Dr. Williamson will forward Plaintiff counsel his prior disclosures submitted pursuant to Fed. R. Civ. P. 26. Counsel for Dr. Williamson will also forward Plaintiff counsel copies of all written discovery exchanged between Dr. Williamson and Plaintiff.

**C. Experts**

Pursuant to Fed. R. Civ. P. 26(a)(2) and L.R. 26-1(b)(3), the parties agree the due date for initial expert disclosures shall be 60 days before the discovery cut-off date and that rebuttal expert disclosures shall be made 30 days after the initial disclosure of experts. <u>Counsel for Plaintiff and Dr. Williamson agree to file an Updated Status Report and Proposed Discovery Plan Regarding the Medical Claims following the filing of Plaintiff's second amended complaint which will provide specific due dates for initial and rebuttal expert disclosures.</u>

**D. Dispositive Motions**

The deadline for filing dispositive motions will be 30 days after the discovery cut-off date pursuant to L.R. 26-1(b)(4). <u>Counsel for Plaintiff and Dr. Williamson agree to file an Updated Status Report and Proposed Discovery Plan Regarding the Medical Claims

///

4838-6690-7782.1

following the filing of Plaintiff's second amended complaint which will provide an exact due date for dispositive motions.

Dated this 30th day of December 2019

/s/ Seth M. Strickland
SETH M. STRICKLAND
Nevada Bar No. 14768
400 South Fourth St., Ste 500
Las Vegas, NV 89101
*Pro Bono Counsel for
Plaintiff Joshua Crittendon*

Dated this 30th day of December 2019
LEWIS BRISBOIS BISGARRD & SMITH LLP

/s/ Katherine J. Gordon
S. BRENT VOGEL
Nevada Bar No. 006858
KATHERINE J. GORDON
Nevada Bar No. 5813
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Larry Williamson, M.D.*

Dated this 30th day of December 2019
MARQUIS AURBACH COFFING

/s/ Jackie V. Nichols
NICK D. CROSBY
Nevada Bar No. 8996
JACKIE V. NICHOLS
Nevada Bar No. 14246
10001 Park Run Dr.
Las Vegas, NV 89145
*Attorneys for Defendants, Las Vegas
Metropolitan Police Department,
Rogers Sanchez, Torres, Brown,
Patimeteeporn, Senior, Trost,
Verduzco, Binko, Reynolds, Johnson
and Williams*

**IT IS SO ORDERED**

**DATED: December 31, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4838-6690-7782.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 30th day of December 2019., I did cause a true and correct copy of **STATUS REPORT** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System:

| | |
|---|---|
| Seth M. Strickland, Esq.<br>400 South Fourth St., Ste 500<br>Las Vegas, Nevada 89101<br>Email: seth@buchmillerlaw.com<br>*Pro Bono Counsel for*<br>*Plaintiff Joshua Crittendon* | Nick D. Crosby, Esq.<br>Jackie V. Nichols, Esq.<br>MARQUIS AURBACH COFFING<br>10001 Park Run Dr.<br>Las Vegas, NV 89145<br>Tel: 702.382.0711<br>Fax: 382.5816<br>Email: nrosby@maclaw.com<br>Email: jnichols@maclaw.com<br>*Attorneys for Defendants, Las Vegas Metropolitan Police Department, Rogers Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson and Williams* |

By /s/ *Johana Whitbeck*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP

4838-6690-7782.1