# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA H. CRITTENDON, | Case No. 2:17-cv-1700-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| JOE LOMBARDO, et al., | |
| Defendants. | |

The Court previously reviewed Plaintiff's request for appointment of counsel and granted it. (*See* ECF No. 136.) The Court referred the case to the Pro Bono Pilot Project and pro bono counsel was subsequently appointed for Plaintiff.

On January 28, 2020, Plaintiff's pro bono counsel filed an unopposed motion to withdraw. (ECF No. 191.) The Court granted this motion. (ECF No. 192.) Accordingly, the Court will refer this case to the Court's Pro Bono Pilot Program to attempt to find another attorney to accept Plaintiff's case.

Plaintiff should be aware that the federal court has no authority to require attorneys to represent indigent litigants in civil cases under 28 U.S.C. § 1915(d). *Mallard v. U.S. Dist. Court for Southern Dist. of Iowa*, 490 U.S. 296, 298 (1989). Rather, when a court "appoints" an attorney, it can only do so if the attorney voluntarily accepts the assignment. *Id.* If counsel is found for Plaintiff, the Court will issue an order appointing counsel and counsel will contact Plaintiff. Plaintiff is reminded that until counsel is provided, he is still responsible for complying with all deadlines in his case.

**IT IS THEREFORE ORDERED** that this case is referred to the Pilot Pro Bono Program adopted in General Order 2017-07 for the purpose of identifying an attorney willing to be appointed as a pro bono attorney for Plaintiff. Plaintiff is reminded that he must comply with all

deadlines currently set in his case and there is no guarantee that counsel will be appointed. If counsel is found, an order appointing counsel will be issued by the Court and Plaintiff will be contacted by counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court must forward this order to the Pro Bono Liaison.

DATED: February 3, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE