UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA H. CRITTENDON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>　　　　　　Defendants. | Case No.  2:17-cv-01700-RFB-BNW |
| JOSHUA CRITTENDON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MACHAM, *et al.,*<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01205-JAD-EJY<br><br>**REASSIGNMENT ORDER** |

Plaintiff Joshua Crittendon filed in these related cases a Motion for Consolidation at ECF No. 211 in Case No. 2:17-cv-01700-RFB-BNW and at ECF No. 18 in Case No. 2:19-cv-1205-JAD-EJY. Upon review of the record in these respective cases, the presiding district judges have determined that good cause exists to assign these cases to one district judge pursuant to Local Rule 42-1(b) and Fed. R. Civ. P. 42(a)(1)–(2). This reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties

Accordingly,

**IT IS ORDERED** that Case No. 2:19-cv-01205-JAD-EJY is REASSIGNED to District Judge Richard F. Boulware, II for all further proceedings.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to reassign case No. 2:19-cv-01205 to District Judge Richard F. Boulware, II and Magistrate Judge Brenda N. Weksler. All further documents shall be filed as 2:19-cv-01205-RFB-BNW and shall bear that case number.

DATED: October 29, 2020 .

_____
RICHARD F. BOUWLARE, II
United States District Judge

_____
JENNIFER A. DORSEY
United States District Judge

2