# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA H. CRITTENDON,<br><br>Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, *et al.,*<br><br>Defendants. | Case No. 2:17-cv-01700-RFB-BNW<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**JOSHUA H. CRITTENDON,**<br>#1196334 |

TO:   WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **JOSHUA H. CRITTENDON, #66514**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce **JOSHUA H. CRITTENDON, #1196334** on or about, February 10, 2022 at the hour of 11:00 AM by videoconference for a status conference hearing by zoomgov technology in this instant matter and and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **JOSHUA H. CRITTENDON, #1196334** is released and discharged by the said Court; and that **JOSHUA H. CRITTENDON, #1196334** , shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this <u>9h</u> day of February, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**