S. BRENT VOGEL
Nevada Bar No. 6858
BRIGETTE E. FOLEY
Nevada Bar No. 12965
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendants Larry Williamson, M.D., NaphCare, Inc., Cherie Soprano, Tiffany Russaw, Candra Malitz, Alexa Carrozza, Holly Crosby, Harry Duran, M.D., Precious Ethridge, Sarah Hansen, Lawanda McClain, Kendra Schultz, and Raymond Mondora, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CRITTENDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, *et al.*,<br><br>　　　　Defendants. | CASE NO. 2:17-cv-01700-RFB-PAL<br><br>**MOTION TO REMOVE ATTORNEY MELANIE L. THOMAS FROM SERVICE LIST** |

Defendants Larry Williamson, M.D., NaphCare, Inc., Cherie Soprano, Tiffany Russaw, Candra Malitz, Alexa Carrozza, Holly Crosby, Harry Duran, M.D., Precious Ethridge, Sarah Hansen, Lawanda McClain, Kendra Schultz, and Raymond Mondora, M.D., by and through his counsel of record Melanie L. Thomas, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that she be removed from the CM/ECF service list for the above-captioned case. Brigette E. Foley, of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP has been added in place of Melanie L. Thomas.

DATED this 15th day of Decembr, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By   /s/ Brigette Foley
S. BRENT VOGEL
Nevada Bar No. 006858
BRIGETTE E. FOLEY
Nevada Bar No. 12965
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendants Larry Williamson, M.D., NaphCare, Inc., Cherie Soprano, Tiffany Russaw, Candra Malitz, Alexa Carrozza, Holly Crosby, Harry Duran, M.D., Precious Ethridge, Sarah Hansen, Lawanda McClain, Kendra Schultz, and Raymond Mondora, M.D.*

**ORDER**

IT IS SO ORDERED

**DATED:** 12:04 pm, December 16, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



# CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b) I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP, and that on this 15th day of December, 2022, I did cause a true and correct copy of **MOTION TO REMOVE ATTORNEY MELANIE L. THOMAS FROM SERVICE LIST** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System:

| | |
|---|---|
| Diana S. Ebron, Esq.<br>Karen L. Hanks, Esq.<br>KIM GILBERT EBRON<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89139<br>diana@kgelegal.com<br>karen@kgelegal.com<br>*Pro Bono Counsel for*<br>*Plaintiff Joshua Crittendon* | Nick D. Crosby, Esq.<br>Jackie V. Nichols, Esq.<br>MARQUIS AURBACH COFFING<br>10001 Park Run Dr.<br>Las Vegas, NV 89145<br>Tel: 702.382.0711<br>Fax: 382.5816<br>nrosby@maclaw.com<br>jnichols@maclaw.com<br>*Attorneys for Defendants, Las Vegas Metropolitan Police Department, Rogers Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson and Williams* |

By /s/ Heidi Brown
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP

4873-8515-9189.2      3      2:17-cv-01700-RFB-PAL