**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants, Las Vegas Metropolitan
  Police Department, Rogers, Sanchez, Torres, Brown,
  Patimeteeporn, Senior, Trost, Verduzco, Binko,
  Reynolds, Johnson, Williams, Sgt. Mark Hopkins,
  Officer Kaluna Aki, Officer Jamie Joiner, Officer
  Mecham and Officer Juan Sanchez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOE LOMBARDO, et al.,<br><br>　　　　Defendants. | Case Number:<br>2:17-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND OTHER DEADLINES PENDING SETTLEMENT DISCUSSIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff Joshua Crittendon ("Plaintiff"), by and through his counsel of record, Diana Ebron, Esq., and Defendants, Las Vegas Metropolitan Police Department, Corey Rogers, Francisco Sanchez, Pablo Torres, Aaron Brown, Kevin Patimeteeporn, Jared Senior, Nicholas Trost, Leonel Verduzco, Mark Binko, Jesse Reynolds, Anthony Johnson, Jacob Williams, Sgt. Mark Hopkins, Officer Kaluna Aki, Officer Jamie Joiner, Officer Mecham and Officer Juan Sanchez (collectively "LVMPD Defendants"), by and through their attorneys of record, Nicholas Crosby, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach Coffing, (collectively the "Parties"), and hereby agree and jointly stipulate the following:

MAC:14687-077 4958649_1 1/17/2023 9:07 AM

1. During a recent meet and confer conducted on January 11, 2023, the Parties determined that this matter may be appropriate for possible resolution and that a stay of discovery and other deadlines would allow the Parties to explore the possibility of settlement, without incurring the time and expense of ongoing discovery and other work during settlement discussions.

2. The Parties agree that all deadlines in this matter be stayed for a forty-five (45) day period. Parties further agree that within fifteen (15) days after completion of the contemplated settlement discussions, if not successful, the parties will submit a stipulated schedule regarding any pending motions or discovery which will extend all applicable dates for the commensurate time period that they were stayed in accordance with Rule 26 of the Federal Rules of Civil Procedure and Rule 26-1 of the Local Rules of the Unites States District Court, for the Court's approval.

3. Accordingly, the Parties hereby agree and request the Court to enter a stay of all deadlines in the instant case between LVMPD Defendants and Plaintiff.

4. This is the Parties' first request for a stay of deadlines in this matter.

5. Notwithstanding the stay, the Parties intend to and hereby agree to cooperate in the exchange of information as needed to facilitate settlement.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MAC:14687-077 4958649_1 1/17/2023 9:07 AM

6. The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

Dated this 17th day of January, 2023

**KIM GILBERT EBRON**

By: /s/ Diana S. Ebron
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    E-mail:
    dianaebronesq@gmail.com
    300 East 2nd Street, Suite 1500 #1001
    Reno, Nevada 89501
    Telephone: (760) 820-4232
    *Pro Bono Attorney for Plaintiff*

Dated this 17th day of January, 2023

**MARQUIS AURBACH**

By: /s/ Jackie V. Nichols
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants, Las Vegas Metropolitan Police Department, Rogers, Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson, Williams, Sgt. Mark Hopkins, Officer Kaluna Aki, Officer Jamie Joiner, Officer Mecham and Officer Juan Sanchez

## ORDER

IT IS ORDERED that ECF No. 325 is GRANTED.

IT IS FURTHER ORDERED that a notice of settlement or proposed schedule to complete discovery is due by March 20, 2023.

**IT IS SO ORDERED**

**DATED:** 12:56 pm, January 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**