S. BRENT VOGEL
Nevada Bar No. 6858
brent.vogel@lewisbrisbois.com
BRIGETTE E. FOLEY
Nevada Bar No. 12965
Brigette.Foley@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendants Larry Williamson, M.D., Cherie Soprano, Tiffany Russaw, Candra Malitz, Kendra Meyer, Alexa Corrozza, Harry Duran, M.D., Holly Crosby, Sara Hall, Lawanda McClain, Precious Ethridge, and NaphCare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, *et al.*,<br><br>Defendants. | CASE NO. 2:17-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LARRY WILLIAMSON, M.D., CHERIE SOPRANO, TIFFANY RUSSAW, CANDRA MALITZ, KENDRA MEYER, ALEXA CORROZZA, HARRY DURAN, M.D., HOLLY CROSBY, SARA HALL, LAWANDA MCCLAIN, AND PRECIOUS ETHRIDGE WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOSHUA CRITTENDON, and Defendants, LARRY WILLIAMSON, M.D., CHERIE SOPRANO, TIFFANY RUSSAW, CANDRA MALITZ, KENDRA MEYER, ALEXA CORROZZA, HARRY DURAN, M.D., HOLLY CROSBY, SARA HALL, LAWANDA MCCLAIN, AND PRECIOUS ETHRIDGE, by and through their respective counsel of record, that any and all of Plaintiff's claims in their entirety against these aforementioned Defendants arising in and out of the above-referenced matter, shall now be dismissed with prejudice, the parties to bear their own fees and costs.

90925400.1                                                                 1

IT IS SO STIPULATED.

DATED February 28, 2023.

DATED March 1st, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
DIANA S. EBRON
Nevada Bar No. 10580
E-mail: dianaebronesq@gmail.com
300 East 2nd Street, Suite 1500 #1001
Reno, Nevada 89501
Telephone: (760) 820-4232
*Pro Bono Attorney for Joshua Crittendon*

_____
S. BRENT VOGEL
Nevada Bar No. 6858
BRIGETTE E. FOLEY
Nevada Bar No. 12965
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants Larry Williamson, M.D., Cherie Soprano, Tiffany Russaw, Candra Malitz, Kendra Meyer, Alexa Corrozza, Harry Duran, M.D., Holly Crosby, Sara Hall, Lawanda McClain, Precious Ethridge, and NaphCare, Inc.*

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of March, 2023.

*Respectfully submitted by:*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____
/S. BRENT VOGEL (SBN 6858)
BRIGETTE E. FOLEY (SBN 12965)
*Attorneys for Defendants Larry Williamson, M.D., Cherie Soprano, Tiffany Russaw, Candra Malitz, Kendra Meyer, Alexa Corrozza, Harry Duran, M.D., Holly Crosby, Sara Hall, Lawanda McClain, Precious Ethridge, and NaphCare, Inc.*

4838-6690-7782.1