**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants, Las Vegas Metropolitan
   Police Department, Rogers, Sanchez, Torres, Brown,
   Patimeeporn, Senior, Trost, Verduzco, Binko,
   Reynolds, Johnson, Williams, Sgt. Mark Hopkins,
   Officer Kaluna Aki, Officer Jamie Joiner, Officer
   Mecham and Officer Juan Sanchez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON,<br><br>               Plaintiff,<br><br>   vs.<br><br>JOE LOMBARDO, et al.,<br><br>               Defendants. | Case Number:<br>2:17-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND OTHER DEADLINES PENDING SETTLEMENT DISCUSSIONS**<br><br>**(SECOND REQUEST)** |

     Plaintiff Joshua Crittendon ("Plaintiff"), by and through his counsel of record, Diana Ebron, Esq., and Defendants, Las Vegas Metropolitan Police Department, Corey Rogers, Francisco Sanchez, Pablo Torres, Aaron Brown, Kevin Patimeteeporn, Jared Senior, Nicholas Trost, Leonel Verduzco, Mark Binko, Jesse Reynolds, Anthony Johnson, Jacob Williams, Sgt. Mark Hopkins, Officer Kaluna Aki, Officer Jamie Joiner, Officer Mecham and Officer Juan Sanchez (collectively "LVMPD Defendants"), by and through their attorneys of record, Nicholas Crosby, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, (collectively the "Parties"), and hereby agree and jointly stipulate the following:

. . .

MAC:14687-077 5028078_1 3/20/2023 10:31 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1.      The Parties previously agreed to stay the instant case in an attempt to settle this matter.

2.      Since the stay was entered, the Parties have exchanged offers and believe that this matter is likely to resolve.

3.      The offer is pending before the Sheriff of the Las Vegas Metropolitan Police Department who has the authority to agree to settlement.

4.      The Parties anticipate this matter being settled within fourteen (14) days upon the Sheriff's approval.

5.      However, once the matter is settled, additional time is need to process the payment, as well as finalize paperwork, including obtaining Plaintiff's signature on the settlement agreement and a W-9, which is difficult to his incarceration.

6.      The Parties agree that all deadlines in this matter be stayed for a thirty (30) day period. Parties further agree that within fifteen (15) days after completion of the contemplated settlement discussions, if not successful, the parties will submit a stipulated schedule regarding any pending motions or discovery which will extend all applicable dates for the commensurate time period that they were stayed in accordance with Rule 26 of the Federal Rules of Civil Procedure and Rule 26-1 of the Local Rules of the United States District Court, for the Court's approval.

7.      Accordingly, the Parties hereby agree and request the Court to continue the stay of all deadlines in the instant case between LVMPD Defendants and Plaintiff.

8.      This is the Parties' second request for a stay of deadlines in this matter.

9.      Notwithstanding the stay, the Parties intend to and hereby agree to cooperate in the exchange of information as needed to facilitate settlement.

. . .

. . .

. . .

. . .

MAC:14687-077 5028078_1 3/20/2023 10:31 AM

1    10.    The Parties both submit that the instant stipulation is being offered in good

2  faith and not for the purpose of delay.

3  Dated this <u>20th</u> day of March, 2023          Dated this <u>20th</u> day of March, 2023

4                                                    **MARQUIS AURBACH**

5

6  By: <u>/s/ Diana S. Ebron</u>                     By: <u>/s/ Jackie V. Nichols</u>
      Diana S. Ebron, Esq.                              Nick D. Crosby, Esq.
7      Nevada Bar No. 10580                             Nevada Bar No. 8996
      1050 E. Flamingo Road, Suite 107                 Jackie V. Nichols, Esq.
8      #1252                                            Nevada Bar No. 14246
      Las Vegas, Nevada 89119                          10001 Park Run Drive
9      *Pro Bono Attorney for Plaintiff*               Las Vegas, Nevada 89145
                                                       Attorneys for Defendants, Las Vegas
10                                                     Metropolitan Police Department,
                                                       Rogers, Sanchez, Torres, Brown,
11                                                     Patimeteeporn, Senior, Trost,
                                                       Verduzco, Binko, Reynolds, Johnson,
12                                                     Williams, Sgt. Mark Hopkins, Officer
                                                       Kaluna Aki, Officer Jamie Joiner,
13                                                     Officer Mecham and Officer Juan
                                                       Sanchez

14

15                          <u>**ORDER**</u>

16  The above Stipulation is hereby GRANTED.

17  IT IS SO ORDERED this <u>21st</u> day of <u>     March          </u>, 2023.

18

19  _____

20  UNITED STATES DISTRICT COURT
    MAGISTRATE JUDGE

21

22

23

24

25

26

27

MAC:14687-077 5028078_1 3/20/2023 10:31 AM

*(left margin, vertical text)* MARQUIS AURBACH — 10001 Park Run Drive — Las Vegas, Nevada 89145 — (702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO STAY DISCOVERY AND OTHER DEADLINES PENDING SETTLEMENT DISCUSSIONS (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of March, 2023.

☒        I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐        I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-077 5028078_1 3/20/2023 10:31 AM

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816