**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants, Las Vegas Metropolitan
   Police Department, Rogers, Sanchez, Torres, Brown,
   Patimeteeporn, Senior, Trost, Verduzco, Binko,
   Reynolds, Johnson, Williams, Sgt. Mark Hopkins,
   Officer Kaluna Aki, Officer Jamie Joiner, Officer
   Mecham and Officer Juan Sanchez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CRITTENDON,<br><br>              Plaintiff,<br><br>vs.<br><br>JOE LOMBARDO, et al.,<br><br>             Defendants. | Case Number:<br>2:17-cv-01700-RFB-BNW<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Joshua Crittendon ("Plaintiff"), by and through his counsel of record, Diana Ebron, Esq., and Defendants, Las Vegas Metropolitan Police Department, Corey Rogers, Francisco Sanchez, Pablo Torres, Aaron Brown, Kevin Patimeteeporn, Jared Senior, Nicholas Trost, Leonel Verduzco, Mark Binko, Jesse Reynolds, Anthony Johnson, Jacob Williams, Sgt. Mark Hopkins, Officer Kaluna Aki, Officer Jamie Joiner, Officer Mecham and Officer Juan Sanchez (collectively "LVMPD Defendants"), by and through their attorneys of record, Nicholas Crosby, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, (collectively the "Parties"), that the parties agree as follows:

. . .

. . .

1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice as to Plaintiff Joshua Crittendon and LVMPD Defendants; and

2. Each party will bear its own attorney fees and costs.

IT IS SO STIPULATED.

Dated this 31 day of May, 2023

By: _____
Diana S. Ebron, Esq.
Nevada Bar No. 10580
1050 E. Flamingo Road, Suite 107
#1252
Las Vegas, Nevada 89119
*Pro Bono Attorney for Plaintiff*

Dated this 31 day of May, 2023
MARQUIS AURBACH

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants, Las Vegas Metropolitan Police Department, Rogers, Sanchez, Torres, Brown, Patimeteeporn, Senior, Trost, Verduzco, Binko, Reynolds, Johnson, Williams, Sgt. Mark Hopkins, Officer Kaluna Aki, Officer Jamie Joiner, Officer Mecham and Officer Juan Sanchez

## ORDER

IT IS SO ORDERED that Plaintiff's claims are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED this 2nd day of _____June_____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

MAC:14687-077 5037025_1 5/30/2023 8:35 AM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 31st day of May, 2023.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ signature

An employee of Marquis Aurbach